# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# 3:11cr258

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| Vs. ) | **ORDER** |
| ) | |
| **EDWARD JUNIOR PATTERSON.** ) | |
| _____ ) | |

**THIS MATTER** is before the court on a *pro se* letter from defendant addressed to the court concerning communications with his counsel. Defendant states that he and his attorney discussed the information contained in the Presentence Investigation Report, and the court notes that defendant's attorney filed a written Objection to the Presentence Investigation Report (#74) on August 6, 2012. Defendant seeks a "better understanding" of the PSR and "better communication" with his attorney but does not ask for any specific relief from the court. The court assures defendant that his attorney will receive an electronic copy of defendant's letter but advises that the court is unable to intervene with attorney-client communications and further advises that, because defendant is represented by counsel (and has not waived his right to counsel), the letter is denied in accordance with L.Cr.R. 47.1(H).

**ORDER**

**IT IS, THEREFORE, ORDERED** that defendant's letter (#80) is **DENIED** as non-justiciable.

Signed: August 31, 2012

Max O. Cogburn Jr.
United States District Judge

-1-