# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION
#### 3:11cr258

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Vs. ) | |
| ) | **ORDER** |
| EDWARD JUNIOR PATTERSON, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**THIS MATTER** is before the court on defendant's pro se letter to the court (#99) regarding the deadline for filing an appeal in this matter. The court will treat this letter as a Motion for an Extension of Time to File an Appeal. While sentencing in this matter occurred on October 19, 2012, defendant had 14 days from the entry of the judgment to file a notice of appeal. The record reflects that the judgment was entered on November 5, 2012 and that defense counsel filed such a notice on November 14, 2012, well within the 14-day window. Accordingly, defendant's pro se motion (#99) is **DENIED**.

Signed: November 20, 2012

Max O. Cogburn Jr.
United States District Judge